PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Mar 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE TORRES-ALONSO, <br><br> Defendant. | CASE NO. 1:24-mj-00032-SAB <br><br> MOTION AND ORDER TO SEAL CASE |

   The government moves the Court to seal the Complaint and all other filings in this case. these documents pertain to an ongoing criminal investigation that is neither public nor known to all of the targets of this investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize this investigation, cause the flight of the defendant, and better ensure the safety of agents and the general public at the time the arrest warrant is executed.

Dated: March 14, 2024

                    Very truly yours,
                    PHILLIP A. TALBERT
                    United States Attorney


                    /s/ Karen A. Escobar
                    KAREN A. ESCOBAR
                    Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-mj-00032-SAB |
|---|---|
| Plaintiff, | ORDER TO SEAL CASE |
| v. | |
| JESSE TORRES-ALONSO, | |
| Defendant. | |

Good cause appearing, it is ordered that the Complaint and other court filings in the case be SEALED.

IT IS SO ORDERED.

DATED: March 14, 2024

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE