PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE TORRES-ALONSO, <br><br> Defendant. | CASE NO. 1:24-MJ-00032-SAB <br><br> MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the Complaint and all other filings in this case. On March 15, 2024, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charge against him.

Dated: March 15, 2024                                  Very truly yours,

PHILLIP A. TALBERT
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JESSE TORRES-ALONSO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:24-MJ-00032-SAB<br><br>ORDER TO UNSEAL CASE |

　　　Good cause appearing by the motion of the United States of America due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

　Dated:  **March 15, 2024**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2